RECEIVED
FEB - 1 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEKARIUS EDWARDS, Plaintiff | CIVIL ACTION NO. 1:17-CV-1416-P |
| VERSUS | JUDGE DEE D. DRELL |
| LT. STINES, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A against the following defendants: Victor Taylor, Andrew Wallace, Merrick Pikes, Jermaine Lacour, Joshua Lacour, Gordon Lacour, Quintreyveus Jackson, Demontre Jackson, Randy Bradley, Kenneth Bryan. An ordered directing service of process of the remaining claims has been issued. (Doc. 7).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 1st day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE