a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEKARIUS G. EDWARDS, Plaintiff | CIVIL ACTION NO. 1:17-CV-1416-P |
| VERSUS | JUDGE DEE D. DRELL |
| LT. SINES, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a civil rights complaint (42 U.S.C. § 1983) filed by pro se Plaintiff Dekarius Germane Edwards (#453433) ("Edwards"). Edwards is being detained at the Natchitoches Parish Detention Center ("NPDC") in Natchitoches, Louisiana. Edwards complains NPDC officials failed to protect him from an attack by other inmates. Edwards named as defendants the 10 inmates that attacked him, as well as nine NPDC officers. (Doc. 1, p. 11). The inmates were dismissed, and service of process was ordered as to the NPDC officers. (Doc. 8).

Edwards was ordered to furnish to the Clerk of Court, by February 5, 2018, documents required for service of process on the NPDC officers. (Doc. 7). Edwards failed to comply with the Court's order or seek an extension of time within which to comply.

A district court may dismiss an action for a plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*, without a motion by a defendant. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is

necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." Id. at 629-630.

Because Edwards has failed to comply with the Court's order (Doc. 7), IT IS RECOMMENDED that his complaint be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have 14 calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within 14 days after being served with a copy thereof.  No other briefs (such as supplemental objections, reply briefs, etc.) may be filed.  Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within 14 days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this ___2nd___ day of March, 2018.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge